FILED
STATESVILLE, NC
NOV 13 2018
U.S. District Court
Western District of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

GREGORY H. JONES

Plantiff,

vs.

D.D.S. RICKMAN,
D.D.S. T. TOWNSEND,
DORA PLUMMER,
JAMES VAUGHAN, ET AL.

Defendant(s).

COMPLAINT
Case No. 5:18cv181

## A. JURISDICTION

Jurisdiction is proper in this court according to:

✓ 42 U.S.C. §1983

___ 42 U.S.C. §1985

___ Other (Please specify) _____

## B. PARTIES

1. Name of Plaintiff: GREGORY H. JONES, 0215851
   Address: ALEXANDER C.I.
   633 OLD LANDFILL ROAD
   TAYLORSVILLE, NC, 28681

2. Name of Defendant: D.D.S. RICKMAN
   Address: ALEXANDER C.I.
   633 OLD LANDFILL RD.
   TAYLORSVILLE, NC, 28681

   Is employed as DENTIST at ALEXANDER C.I.
   (Position/Title)      (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓  NO ___, if "YES" briefly explain:
DENTIST REFUSED TO REPAIR MY TEETH OR REPLACE MISSING TEETH.

3. Name of Defendant: D.D.S. T. TOWNSEND
   Address: MT. VIEW C.I.
   545 AMITY PARK RD.
   SPRUCE PINE, NC, 28777

   Is employed as DENTIST at MT. VIEW C.I.
   (Position/Title)        (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓  NO ___, if "YES" briefly explain:
   HE REFUSED TO REPLACE A FILLING AND LET THE TOOTH DETERIORATE WITH A HOLE IN IT. REFUSED TO REPAIR OR REPLACE ANY TEETH.

4. Name of Defendant: DORA PLUMMER
   Address: 831 W. MORGAN ST. ?
   RALEIGH, NC, 27699

   Is employed as DIRECTOR OF HEALTH SERVICES at D.P.S.
   (Position/Title)        (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓  NO ___, if "YES" briefly explain:
   SHE MAKES OR IMPLEMENTS POLICY TO PREVENT OR DENY MEDICAL + DENTAL CARE.

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

DENTISTS WON'T FIX OR REPLACE MY TEETH, CITING POLICY WHICH DENIES MOST TREATMENT.

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: _SEE ATTACHED._
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

b. (1) Count 2: _SEE ATTACHED_
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

## E. INJURY

How have you been injured by the actions of the defendant(s)?

MISSING MOST TEETH. FALSE TEETH BREAK. DENTISTS WON'T REPAIR OR REPLACE TEETH.

COUNT 2: DEFENDANTS TARGET MY DISABILITIES AND PUNISH ME BECAUSE OF THEM.

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?   YES _____   NO __✓__

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____

2. Name of court and case or docket number:

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____
_____
_____

4. Issued raised:

_____
_____
_____

5. When did you file the lawsuit?_____
   Date: Month/Year

6. When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?   YES __✓__   NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_SICK CALLS, LETTERS, & GRIEVANCES._

_____

_____

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

REPAIR AND REPLACEMENT BY COMPETENT DENTIST NOT ASSOCIATED WITH PRISON SYSTEM. CAPS, CROWNS, BRIDGES, IMPLANTS, AND WHATEVER A CIVILIAN CAN HAVE SO I CAN CHEW. MONETARY DAMAGES, AND DENTAL POLICY ALLOWING GOOD TREATMENT — NOT DENYING IT.

JURY TRIAL REQUESTED    YES ✓    NO ____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at ALEXANDER C.I. on NOV/3/2018.
      (Location)                    (Date)

*Gregory H. Jones*
Signature