UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-cv-00181-FDW

| | |
|---|---|
| GREGORY H. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| FNU RICKMAN, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Extension of Time. [Doc. 14].

**UPON MOTION** for a 30-day extension of time up to and including July 8, 2019, for Plaintiff to file an Amended Complaint in accordance with the Court's May 9, 2019 Order [Doc. 11], and for good cause showing,

**IT IS, THEREFORE, ORDERED** that:

(1) The Plaintiff's Motion [Doc. 14] is **GRANTED**, and the Plaintiff shall have until July 8, 2019, to file an Amended Complaint.

**IT IS SO ORDERED**.

Signed: June 7, 2019

Frank D. Whitney
Chief United States District Judge