# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:18-cv-00181-FDW

| | |
|---|---|
| GREGORY H. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| FNU RICKMAN, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's letter [Doc. 20], which the Court construes as a motion to substitute parties.

In his motion, the Plaintiff clarifies which individuals he intended to name as Defendants in his Amended Complaint. These Defendants include the four Defendants currently listed in the docket in this matter (FNU Rickman, FNU Townsend, FNU Abreu, and Eric Hooks) and five additional Defendants about which Plaintiff made factual allegations in his Amended Complaint but did not clearly name as Defendants in this matter. These individuals include Kenneth Lassiter, Paula Smith, Dora Plummer, James Claire, and Donna L. Woodruff. The Court will grant Plaintiff's motion to add these Defendants.

The Plaintiff also requests an explanation of Local Rule 4.3. Plaintiff is directed to pages 4 and 5 of the Court's June 20, 2019 [Doc. 17] for information regarding Local Rule 4.3 as it relates to Plaintiff's case.

**IT IS, THEREFORE, ORDERED** that:

(1) Plaintiff's motion to substitute parties is [Doc. 20] is **GRANTED** and Kenneth

Lassiter, Paula Smith, Dora Plummer, James Claire, and Donna L. Woodruff are hereby named as Defendants in this matter in accordance with the allegations of Plaintiff's Amended Complaint [Doc. 16].

(2) The Clerk is instructed to change the title of Plaintiff's motion [Doc. 20] to "Motion to Substitute Parties."

Signed: July 11, 2019

Frank D. Whitney
Chief United States District Judge