# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:18-cv-00181-FDW

| | |
|---|---|
| GREGORY H. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| JEFFREY E. RICKMAN, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Defendant Abreu-Pena's Renewed Motion for Extension of Time [Doc. 48] and Defendant Rickman's Motion for Extension of Time [Doc. 50].

**UPON MOTIONS** for enlargements of time within which to answer or otherwise respond to Plaintiff's Complaint [Docs. 48, 50], and for good cause showing,

**IT IS, THEREFORE, ORDERED** that Defendants' Motions [Docs. 48, 50] are **GRANTED** and Defendants Abreu-Pena and Rickman shall have until November 4, 2019, to respond to Plaintiff's Complaint.

Signed: October 2, 2019

Frank D. Whitney
Chief United States District Judge