# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:18-cv-00181-FDW

| | |
|---|---|
| GREGORY H. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| FNU RICKMAN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's Request for Return of Exhibits, [Doc. 52], which the Court construes as a motion to return exhibits.

Plaintiff requests that the Court return his exhibits. Plaintiff does not specify which exhibits he is referring to in his motion. On review of the docket in this matter, it appears Plaintiff is referring to the Exhibits to his Amended Complaint. [Doc. 16-1]. The Court will grant Plaintiff's motion.

**IT IS, THEREFORE, ORDERED** that the Clerk is respectfully instructed to mail Plaintiff a copy of the Exhibits filed in this matter at Doc. 16-1 or, if possible, return the original exhibits to the Plaintiff and maintain a copy for the Court file.

Signed: October 9, 2019

_[signature]_
Frank D. Whitney
Chief United States District Judge